UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20163
Summary Calendar
_____


DAVID R. RUIZ, ET AL.,

                                        Plaintiffs,

KELJER KING,

                                        Plaintiff-Appellant,

                        versus

W.J. ESTELLE, TEXAS BOARD OF CORRECTIONS,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas
(CA-H-78-987)
_____
April 2, 1997


Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Inmate Keljer King appeals from the denial without prejudice
of his motion for contempt.  King's appeal is totally without
merit.  Indeed, his brief is a total affirmation that his claim is
really an individual claim for damages and not one for equitable

---

[*]        Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

relief for a systemic violation of the final judgment in the *Ruiz v. Estelle* case. King's brief presents no argument or authority in support of his complaint that the district court abused its discretion in denying his contempt motion. Appellant's appeal is without arguable merit and is DISMISSED as frivolous.